### Charles Everette HINTON, Plaintiff–Appellant,

#### v.

Andrew MURRAY; Christian Hoel; William Robert Bell; John Doe, Judicial Official for North Carolina and Mediator for State of North Carolina;

FNU Proctor, Magistrate; FNU Diggs, Magistrate; John Doe, District Court Judge on File Number 11–cr–216164, Defendants–Appellees.

### No. 11–6596.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 2, 2011.

Charles Everette Hinton, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Everette Hinton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hinton v. Murray,* No. 3:11–cv–00198–RJC (W.D.N.C. Apr. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*